MARY BRAREN, Appellant, v. RELIABLE CARPET WORKS, INC. (a California Corporation), et al., Respondents.

Brooks Gifford and William E. Fox for Appellant.

Cooper & Collings and Lewis D. Collings for Respondents.

KNIGHT, J.—The merits of the within appeal were considered and determined in *Braren* v. *Reliable Carpet Works, Inc., et al.,* (No. 8305) *ante,* p. 489 [13 Pac. (2d) 972], this day decided. For the reasons and upon the grounds set forth in the decision therein, the purported judgment appealed from herein is affirmed.

Tyler, P. J., and Cashin, J., concurred.